

RECEIVED
UNITED STATES MARSHALS

2023 MAR 24 PM 1:44

HOUSTON WARRANTS

March 10, 2023

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery
5801 Brighton Blvd.
Commerce City, Colorado 80022
Tel (303) 286-5701
Fax (303) 286-5702
www.suncor.com

| | |
|---|---|
| Chief<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611<br>Certified Receipt No.7021-1970-0001-8634-0814 | United States Attorney<br>Southern District of Texas<br>c/o United States Marshal Service<br>United States Courthouse<br>515 Rusk<br>Houston, Texas 77002<br>Certified Receipt No.7021-1970-0001-8634-0845 |
| Director<br>Air Enforcement Division<br>Office of Regulatory Enforcement<br>US Environmental Protection Agency<br>Mail Code 2242-A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460-0001<br>Certified Receipt No.7021-1970-0001-8634-0821 | Technical Enforcement Program Air Director<br>Office of Enforcement, Compliance and<br>Environmental Justice<br>US Environmental Protection Agency, Region 8<br>1595 Wynkoop Street<br>Denver, CO 80206<br>Certified Receipt No.7021-1970-0001-8634-0852 |
| Director, Air Enforcement Division<br>US Environmental Protection Agency<br>c/o Matrix Environmental & Geotechnical Services, Inc.<br>26 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932-2213<br>Certified Receipt No.7021-1970-0001-8634-0838 | Shannon McMillan<br>Air Pollution Control Division<br>Colorado Department of Public Health and Environment<br>4300 Cherry Creek Drive South<br>Denver, CO 80246-1530<br>Via email: cdphe_apcdreports@state.co.us,<br>shannon.mcmillan@state.co.us |

RE:   United States of America v. Conoco Inc. (Civil Action No. H-01-4430)
      Suncor Energy (U.S.A.) Inc. Denver Refinery
      2023 NO$_x$ Control Plan Annual Update

United States C
Southern District c
FILED

MAR 28 202

Nathan Ochsner, Clerk

**EPA ACTION IS NOT REQUIRED WITH RESPECT TO THIS SUBMISSION**

To Whom It May Concern:

Pursuant to Paragraph 61 of the referenced Consent Decree (Civil Action H-01-4430), Suncor Energy (U.S.A.) Inc. (Suncor) is required to submit annual updates of the NO$_x$ Control Plan to the agencies for the life of the Consent Decree. For the 2022 NO$_x$ Control Plan submittal, there are no changes from the 2006 NO$_x$ Control Plan submittal (March 31, 2006), which noted that all actions have been completed.

Suncor has completed all requirements associated with Part VII (Emission Reductions from Heater and Boilers); Section A (NO$_x$ Reductions) pursuant to the subject Consent Decree. The boiler upgrades also meet CO requirements of Paragraph 73(a). All of these limits are incorporated as enforceable permit limits in the facility's Operating Permit.

2023 NO$_x$ Control Plan Annual Update
March 10, 2023
Page 2 of 2

RECEIVED
UNITED STATES MARSHALS

2023 MAR 24  PM 1:44

HOUSTON WARRANTS

Suncor would also like to note that it retrofitted Boiler 4 in 2021 with ultra-low NOx burners and flue gas recirculation, thereby further reducing NOx emissions by an estimated 121 tons per year. If you have any questions regarding this update, please contact Bernd Haneke at (303) 227-7527 or bhaneke@suncor.com.

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and that I have made a diligent inquiry of those individuals immediately responsible for obtaining the information and that to the best of my knowledge and belief, the information submitted herewith is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Sincerely,

*[signature]*

Donald Austin
Vice President of Refinery

e-cc:   north.alexis@epa.gov
        R8AirReportEnforcement@epa.gov